Presiding Judge: Rebecca R. Pallmeyer
Magistrate Judge: Maria Valdez Filed: 04/08/2022
Lead case Number: 22-cv-71
PH

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: ABBOTT LABORATORIES, ET AL., PRETERM INFANT NUTRITION PRODUCTS LIABILITY LITIGATION** MDL No. 3026

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On April 8, 2022, the Panel transferred 9 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2022). Since that time, no additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Rebecca R. Pallmeyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Pallmeyer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of April 8, 2022, and, with the consent of that court, assigned to the Honorable Rebecca R. Pallmeyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ PAULA HARRISON
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
April 19, 2022

**IN RE: ABBOTT LABORATORIES, ET AL., PRETERM INFANT NUTRITION PRODUCTS LIABILITY LITIGATION**

MDL No. 3026

**SCHEDULE CTO−1 − TAG−ALONG ACTIONS**

| | DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|---|
| | DISTRICT OF COLUMBIA | | | |
| 1:22cv2002 | DC | 1 | 22−00711 | CHILDS v. ABBOTT LABORATORIES et al |
| | LOUISIANA EASTERN | | | |
| 1:22cv2003 | LAE | 2 | 22−00658 | Perkins et al v. Abbott Laboratories, Inc. et al |
| | LOUISIANA MIDDLE | | | |
| 1:22cv2004 | LAM | 3 | 22−00174 | Walker v. Abbott Laboratories, Inc. et al |
| | MISSISSIPPI SOUTHERN | | | |
| 1:22cv2005 | MSS | 2 | 22−00036 | Adams v. Abbott Laboratories et al |
| | MISSOURI EASTERN | | | |
| 1:22cv2006 | MOE | 4 | 22−00144 | Clarke v. Abbott Laboratories et al |
| | MISSOURI WESTERN | | | |
| 1:22cv2007 | MOW | 3 | 22−05018 | Osmun, et al v. Abbott Laboratories, et al |
| 1:22cv2008 | MOW | 4 | 22−00032 | Bookhart, et al v. Abbott Laboratories, Inc. et al |
| 1:22cv2010 | MOW | 4 | 22−00033 | Lincoln, et al v. Abbott Laboratories, Inc. et al |
| 1:22cv2011 | MOW | 4 | 22−00147 | R.J. v. Mead Johnson & Company, LLC et al |
| 1:22cv2013 | MOW | 4 | 22−00157 | Hughes et al v. Abbott Laboratories, Inc. et al |
| 1:22cv2014 | MOW | 4 | 22−00158 | Poston et al v. Abbott Laboratories, Inc. et al |
| 1:22cv2015 | MOW | 4 | 22−00159 | Silvers et al v. Abbott Laboratories, Inc. et al |
| | NEVADA | | | |
| 1:22cv2016 | NV | 2 | 22−00273 | Medley et al v. Abbott Laboratories, Inc. |
| 1:22cv2017 | NV | 2 | 22−00350 | Koeth v. Mead et al |
| 1:22cv2018 | NV | 2 | 22−00422 | McKinnon et al v. Mead Johnson & Company, LLC et al |
| | TEXAS SOUTHERN | | | |
| 1:22cv2019 | TXS | 4 | 22−00230 | Payne et al v. Abbott Laboratories |